# Order

Michigan Supreme Court
Lansing, Michigan

July 13, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155679

LOTUS SMITH,
      Plaintiff-Appellee,

v

                                   SC: 155679
                                   COA: 335910
                                   Wayne CC: 15-013846-NH

HENRY FORD HEALTH SYSTEM,
NASSAR BEYDOUN, M.D., and
GINA FUNDARO, M.D.,
      Defendants,

and

KARMANOS CANCER CENTER and
ZEYNEP YILMAZ-SAAB, M.D.,
      Defendants-Appellants.

_____/

      By order of September 12, 2017, the application for leave to appeal the March 20, 2017 order of the Court of Appeals was held in abeyance pending the decision in *Jendrusina v Mishra* (Docket No. 154717). On order of the Court, leave to appeal having been denied in *Jendrusina* on January 12, 2018, 501 Mich 958 (2018), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      WILDER, J., did not participate because he was on the Court of Appeals panel.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 13, 2018



d0710

                                          Clerk